AUSA: Micah Wallace Telephone: (313) 226-9100

AO 91 (Rev. 11/11) Criminal Complaint Special Agent: Eli Bowers Telephone: (313) 965-2323

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
Robert Joshua Williams

Case No. 26−mj−30538

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of January 1, 2026 - September 3, 2026 in the county of Wayne in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2251(a) | Sexual exploitation of a child. |
| 18 U.S.C. § 2252A(a)(2) | Distribution and receipt of child pornography. |
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of child pornography. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Eli Bowers, Special Agent-FBI
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: September 3, 2026

[signature]
*Judge's signature*

City and state: Detroit, Michigan

Hon. David R. Grand, United States Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR**
**A CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Eli Bowers, a Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows:

1. I have been employed as a Special Agent of the FBI since 2015 and am currently assigned to the FBI Detroit Division. Previously, I was a Park Ranger with the National Park Service for approximately six years, where my duties included the enforcement and investigation of federal crimes. While employed by the FBI, I have investigated numerous federal criminal violations related to child exploitation, child pornography, and human trafficking. I have received training in investigating internet fraud, computer intrusions, human trafficking, and matters involving the online sexual exploitation of children. I have gained experience through training at the FBI Academy, post Academy training, and everyday work related to conducting these types of investigations.

2. I have received training in the area of child pornography and child exploitation and, as part of my duties, have observed and reviewed numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media, including computer media. Moreover, I am a federal law enforcement officer who is engaged in enforcing criminal laws, including 18 U.S.C. §§ 2251(a) and 2252A. I am authorized by law to request an arrest warrant.

3. This affidavit is submitted in support of an application for a criminal complaint and arrest warrant for Robert Joshua WILLIAMS for violations of 18 U.S.C. § 2251(a), sexual exploitation of a child, 18 U.S.C. § 2252A(a)(2), distribution and receipt of child pornography, and 18 U.S.C. § 2252A(a)(5)(B), possession of child pornography.

4. The statements contained in this affidavit are based in part on information provided by U.S. law enforcement officers, written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents, information gathered from investigative sources of information, information from other witnesses, and my experience, training, and background as a Special Agent.

5. This affidavit is submitted for the limited purpose of securing a complaint and arrest warrant. I have not included every fact known to me concerning this investigation. Instead, I have set forth only facts necessary to establish probable cause that WILLIAMS has violated 18 U.S.C. §§ 2251(a), 2252A(a)(2), and 2252A(a)(5)(B).

6. On or around August 17, 2026 a man later identified as Robert Joshua WILLIAMS was engaged in an online chat with an FBI Task Force Officer operating online in a covert capacity (TFO) on an identified chat website where WILLAIMS used an identified screen name. WILLIAMS and TFO agreed to move

their conversation from the chat website to a separate identified encrypted messaging application. WILLIAMS provided TFO his username for the encrypted messaging application.

7. Once on the encrypted messaging application, WILLIAMS sent TFO images which met the federal definition of child pornography. WILLIAMS told TFO that he had created the images and that they depicted an individual known to WILLIAMS (hereinafter Minor Victim 1 or MV1). Portions of WILLIAMS's chat on the encrypted chat application with TFO are below:

TFO**:** You on [name of chat platform]?
**Williams:** Yea
TFO**:** Tell me more about you and [MV1] ...
...
TFO**:** How old are you? [MV1] is 13?
**Williams:** Fit, nice tits, small ass, pretty face, darkskin
**Williams:** 13
**Williams:** 21
**Williams:** [Sends a clothed image of an approximately 13-year-old black minor girl, later identified as MV1)]
...
TFO**:** How often do you get to play? ...
**Williams:** When ever we are [location known to WILLIAMS]
…
TFO**:** Does she like it? How often do you fuck her ass?
**Williams:** Yes
**Williams:** Every time
...
**Williams:** It was easier to fuck her ass then Her pussy
**Williams:** At first her pussy was too tight to fit my cock in
TFO**:** Ever record playtime with her?
**Williams:** No
**Williams:** I been meaning to
...

**Williams:** Man what one time I had a pic of her tits in my phone and [other individual known to WILLIAMS] asked for my phone my heart dropped to my ass
...
**Williams:** She was8 when I first fucked

**…**
**Williams:** [Sends two images of a pubescent Black female, MV1, nude in the shower with her genitals visible which meet the federal definition of child pornography]
TFO**:** She looks older than 13!
**Williams:** Nope

**Williams:** [Sends a clothed image of MV1 standing between balloons which read "13". This image is the same one sent by WILLIAMS earlier in this chat, but is wider and now shows the "13" balloons.]
**Williams:** This was on her birthday like 4 months ago
**...**
**Williams:** [Sends six images of MV1 nude in the shower some of which depict the minor's genitals. At least three of these images meet the federal definition of child pornography.]
**...**
TFO**:** How tf did you hide a camera bro that's fire
**Williams:** I don't hide it there hole under the faucet behind the shower wall
**Williams:** She let record her
TFO**:** Oh okay gotcha

8. Information received from the chat website, pursuant to a law enforcement request, listed email address "XXXX123@gmail.com" as being associated with the identified username used by WILLIAMS on the chat website.

9. On or around November 22, 2025, the National Center for Missing and Exploited Children (NCMEC) received a CyberTip from a social media application which stated that an account using email address "XXXX123@gmail.com" had uploaded two images of apparent child

pornography. The birthdate of the user of this account was April 21, 2005. The FBI reviewed this CyberTip in August 2026 and confirmed the two images met the federal definition of child pornography. The images depicted a nude white minor female laying on a couch and displaying her genitals.

10. Information received from Google, pursuant to an administrative subpoena, listed email address "XXXX123@gmail.com" as being associated with the name Robert Williams and telephone number XXX-XXX-5240.

11. Information received from Verizon, pursuant to an administrative subpoena, listed the contact name for telephone number XXX-XXX-5240 as Robert WILLIAMS with an identified address in Detroit, Michigan. This telephone number was active with Verizon between approximately July 15, 2024, and January 30, 2026.

12. According to Michigan Secretary of State records, WILLIAMS's state identification lists his date of birth as April 21, 2005, the same as the social media application account featured in the NCMEC CyberTip. William's state identification also lists his address as the same identified address in Detroit, Michigan associated with his cell phone number.

13. Information received from the chat website, as well as the encrypted chat application, revealed the user who discussed the sexual abuse of a minor and distributed child pornography via the encrypted chat application, was utilizing an

Internet Protocol (IP) address issued by Comcast Cable Internet. An IP address is similar to a phone number in that it is unique, and issued to an Internet account at a specific time. Internet service providers maintain records of which customers the unique IP addresses were issued to at a specific time.

14. In August 2026, information received from Comcast pursuant to an administrative subpoena, showed the Internet account utilized to communicate with TFO belonged to WILLIAMS's family home in Detroit, MI.

15. Information received from the encrypted chat application also included the phone number used to register the account, which was XXX-XXX-1949.

16. On September 3, 2026, the FBI executed a search warrant on the residence and person of WILLIAMS. Although WILLIAMS was away from his residence at the time of execution, he was located and an iPhone was found in his possession.

17. WILLIAMS was interviewed after being advised of his *Miranda* rights. He told agents he had recorded 13-year-old MV1 while she was in the shower. WILLIAMS stayed in the bedroom directly adjacent to the shower and figured out he could surreptitiously record MV1 with his iPhone without her knowledge. WILLIAMS told agents he had distributed the videos of MV1 on two encrypted chat applications, as well as a social media application.

18. On September 3, 2026, law enforcement interviewed MV1's mother who confirmed the identity and age of MV1.

19. WILLIAMS told agents his email address was XXXX123@gmail.com, which was the email address associated with the social media application account in the Cybertip who uploaded two images of child pornography and the email address utilized to access the chat website. He further identified his current phone number as XXX-XXX-1949 and his old phone number as XXX-XXX-5240. The phone number ending in 1949 was associated with the encrypted chat application, and the phone number ending in 5240 was associated with the email address used to access the chat website as well as the social media application account identified in uploading child pornography. WILLIAMS also said he had been staying at MV1's home starting approximate two years ago, and had started recording her approximately 6 months ago.

20. A brief review of WILLIAMS's phone showed WILLIAMS distributing the images of MV1 in the shower via an encrypted chat application on September 2, 2026. On the same day, WILLIAMS also received child pornography on a different chat thread which depicted an infant child bending over exposing their genitals and anus while an adult man spread the anus with their fingers.

## CONCLUSION

21. Based on the foregoing, there is probable cause to believe that Robert Joshua WILLIAMS committed violations of 18 U.S.C. § 2251(a), sexual exploitation of a child, 18 U.S.C. § 2252A(a)(2), distribution and receipt of child pornography, and 18 U.S.C. § 2252A(a)(5)(B), possession of child pornography.

Respectfully submitted,

Eli Bowers, Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Honorable David R. Grand
United States Magistrate Judge

Date: September 3, 2026